GREGORY A. ROUGEAU (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
e-mail: grougeau@brlawsf.com

Counsel for Plaintiff
ARUN MOHINDRA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>KULDEEP SINGH and<br>AMANDEEP KAUR,<br><br>　　　　　Debtors.<br>_____<br><br>ARUN MOHINDRA,<br><br>　　　　　Plaintiff<br>　　v.<br><br>KULDEEP SINGH,<br><br>　　　　　Defendant | Case No. 20- 41448<br><br>Chapter 11<br><br>Adv. Proc. No. 20-04053 RLE<br><br>**NOTICE OF HEARING RE: MOTION BY ARUN MOHINDRA TO DISMISS ADVERSARY PROCEEDING**<br><br>Date: May 12, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 201 (Telephonic/Video)<br>Judge: Hon. Roger L. Efremsky |

**TO: THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY COURT JUDGE, DEFENDANT KULDEEP SINGH, CHAPTER 11 TRUSTEE DAVID BRADLOW, AND THE UNITED STATES TRUSTEE:**

PLEASE TAKE NOTICE that on **May 12, 2022, at 11:00 a.m.**, before the Honorable

Roger L. Efremsky, Judge of the United States Bankruptcy Court for the Northern District of

California, in Courtroom 201 of such Court, located at 1300 Clay St., Second Floor, Oakland, CA 94612, ARUN MOHINDRA, a secured and unsecured creditor of Debtors Kuldeep Singh and Amandeep Kaur (collectively, the "Debtors"), and plaintiff in the above-captioned Adversary Proceeding, will move the Court to dismiss the Adversary Proceeding, with prejudice, in its entirety.

The basis for the Motion is that Plaintiff does not wish to dedicate time and resources to prosecute the Adversary Proceeding, and requests dismissal pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

The Motion is based upon this Notice, the Motion itself, and the supporting Declarations of Arun Mohindra and Gregory A. Rougeau, all of which are filed and served concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Court Order, the Motion is being heard on shortened notice, and any opposition to the Motion may be made either before the hearing, or orally at the hearing itself.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the Courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

Dated: April 28, 2022              BRUNETTI ROUGEAU LLP


                                   By:    */s/ Gregory A. Rougeau*
                                          Gregory A. Rougeau
                                          Attorneys for Plaintiff
                                          ARUN MOHINDRA

2
Case: 20-04053    Doc# 36    Filed: 04/28/22    Entered: 04/28/22 15:11:18    Page 2 of 2
NOTICE OF HEARING RE: MOTION TO DISMISS ADVERSARY PROCEEDING